CASE NO. 201885557

| | | |
|---|---|---|
| LOADMASTER UNIVERSAL RIGS, INC., LOADMASTER DRILLING TECHNOLOGIES, LLC and KENNEDY FABRICATING LLC, | § § § § § | IN THE DISTRICT COURT |
| v. | § § § | |
| PETROLEOS MEXICANOS, PEMEX EXPLORACION Y PRODUCCION, PEMEX PERFORACION Y SERVICIOS and PEMEX PROCUREMENT INTERNATIONAL, INC. | § § § § § § § | HARRIS COUNTY, TEXAS |
| | § | 61ST JUDICIAL DISTRICT |

## MOTION TO APPOINT INTERNATIONAL PROCESS SERVER

Plaintiffs Loadmaster Universal Rigs, Inc., Loadmaster Drilling Technologies, LLC and Kennedy Fabricating LLC, respectfully move the Court pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on November 15, 1965 (the "Hague Convention"), to appoint Crown Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205 and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

A translated copy of the order will accompany all service documents to Mexico.

Dated: March 15, 2019.

Yetter Coleman LLP

By: /s/ Bryce L. Callahan
R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Collin J. Cox
State Bar No. 24031977
ccox@yettercoleman.com
Bryce L. Callahan
State Bar No. 24055248
bcallahan@yettercoleman.com
Emma Westbrook Perry
State Bar No. 24102351
eperry@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000

Attorneys for Plaintiffs
Loadmaster Universal Rigs, Inc.,
Loadmaster Drilling Technologies, LLC,
and Kennedy Fabricating LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2019, the foregoing was electronically served by electronic filing service on all counsel of record.

/s/ Bryce L. Callahan
Bryce L. Callahan

CAUSE NO. 2018-85557

| | | |
|---|---|---|
| LOADMASTER UNIVERSAL RIGS, INC., LOADMASTER DRILLING TECHNOLOGIES, LLC, and KENNEDY FABRICATING LLC | § § § § § | IN THE DISTRICT COURT OF |
| v. | § § § | HARRIS COUNTY, TEXAS |
| PETROLEOS MEXICANOS, PEMEX EXPLORACION Y PRODUCCION, PEMEX PERFORACION Y SERVICIOS and PEMEX PROCUREMENT INTERNATIONAL, INC. | § § § § | 61ST JUDICIAL DISTRICT |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this _____ day of _____, 2019.

BY THE COURT:

_____