CRT - 61  CASE - 201885557
LOADMASTER UNIVERSAL RIGS INC
                    VS
PETROLEOS MEXICANOS
BE ADVISED ON   03/18/2019    THE
FOLLOWING ACTIVITY OCCURRED.
ORDER GRANTING SERVICE BY
AUTHORIZED PERSON SIGNED

RETURN SERVICE REQUESTED

FIRST CLASS
PRESORT
US POSTAGE
PAID
QIM

* RANDALL W WILSON
* 1000 LOUISIANA SUITE 5100
* HOUSTON TX

APR 0 2 2019

MARILYN BURGESS
DISTRICT CLERK, HARRIS COUNTY