UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Loadmaster Universal Rigs, Inc., Loadmaster Drilling Technologies, LLC, and Kennedy Fabricating, LLC | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2018-85557 |
| Petróleos Mexicanos, Pemex Exploración y Producción, Pemex Perforación y Servicios, and Pemex Procurement International, Inc. | § § § § § | |
| Defendants. | § § | |

## DECLARATION OF RODRIGO LOUSTAUNAU

I, Rodrigo Loustaunau, declare:

1. My name is Rodrigo Loustaunau Martínez. I am employed by Petroleos Mexicanos (Pemex) as Gerente Jurídico Contencioso de Derecho Privado (Legal Manager Litigation of Private Law).

2. Pemex[1] and its four subsidiaries entities[2] comprise the state oil and gas company of the United Mexican States, or Mexico. Pemex is a productive state-owned company of the Federal Government of Mexico, and each of the subsidiary entities is a productive state-owned subsidiary of Mexico.

3. The Plaintiffs filed suit against the Mexican Defendants, Pemex, and its two subsidiaries, Pemex Exploración y Producción (PEP) (Pemex Exploration and Production) and Pemex

---

[1] Constituted by law - Ley de Petróleos Mexicanos- which is of public interest and has as its object to regulate the organization, administration, operation, operation, control, evaluation and rendering of accounts of the productive state entity of the Petróleos Mexicanos.
[2] Pemex Exploración y Producción (Pemex Exploration and Explotation), Pemex Transformación Industrial (Pemex Industrial Transformation), Pemex Logística (Pemex Logistics) and Pemex Fertilizantes (Pemex Fertilizers)

Perforación y Servicios (PPS) (Pemex Drilling and Services) when PPS still existed. On June 24, 2019, the Pemex's Board of Directors through Agreement CA-78/2019, authorized the adequation of PEP's creation agreement, giving PEP the activities performed by PPS. On July 1st, 2019 PEP's updated organic statute took effect and through it, the drilling and services previously performed by PPS are now part of PEP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 18, 2019

_____
Rodrigo Loustaunau Martínez