United States District Court
Southern District of Texas
**ENTERED**
August 30, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Loadmaster Universal Rigs, Inc., et al, § § § Plaintiff, § V § § Petroleos Mexicanos, et al, § Defendant § | CIVIL ACTION: H-19-2624 |

### O R D E R

IT IS HEREBY

ORDERED that the above captioned case is STAYED and administratively closed pending the outcome of the arbitration pending before the International Centre for Dispute Resolution. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

SIGNED at Houston, Texas, on this the ___29___ day of August, 2019.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE